IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01222-BNB

BURTON SANDLES,

    Petitioner,

v.

THE STATE OF COLORADO, et al.,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2008

GREGORY C. LANGHAM
                  CLERK

## ORDER OF DISMISSAL

Petitioner Burton Sandles initiated this action by filing *pro se* a document titled "Notice of Intent to File Federal Petition for a Writ of Habeas Corpus." On July 22, 2008, Mr. Sandles filed a document titled "Federal Petition for Writ of Habeas Corpus" apparently challenging the validity of a 1999 Colorado state court criminal conviction for theft. In an order filed on August 13, 2008, Magistrate Judge Craig B. Shaffer ordered Mr. Sandles to file an amended pleading on the court-approved form for an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Mr. Sandles was warned that the action would be dismissed without further notice if he failed to file an amended pleading within thirty days.

Mr. Sandles has failed within the time allowed to file an amended pleading in this action and he has failed to respond to Magistrate Judge Shaffer's August 13 order in any way. Therefore, the action will be dismissed without prejudice for failure to file an amended pleading as directed. Accordingly, it is

ORDERED that the "Federal Petition for Writ of Habeas Corpus" filed on July 22, 2008, is denied and the action is dismissed without prejudice for failure to file an amended pleading as directed.

DATED at Denver, Colorado, this 24 day of Sept, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01222-BNB

Burton Sandles
1550 Larimer Street, #446
Denver, CO 80202

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/25/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk