**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01222-ZLW

BURTON SANDLES,

     Petitioner,

v.

THE STATE OF COLORADO, et al.,

     Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

     Petitioner's "Motion to Re-Instate" filed on February 2, 2009, which is a copy of the motion filed in this action on January 29 and 30, 2009, is DENIED as moot. The Court has addressed the substance of the "Motion to Re-Instate" in the Court's "Order Denying Motion to Reconsider" filed on February 18, 2009.

Dated: September 16, 2009