IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01222-ZLW

BURTON SANDLES,

    Petitioner,

v.

THE STATE OF COLORADO, et al.,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Petitioner's "Motion to Ap[p]rise" and his "Second Motion to Ap[p]rise," both of which were filed on March 2, 2010, are DENIED because this action is closed and because Petitioner does not request any action by the Court.

Dated: March 3, 2010