IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01222-ZLW

BURTON SANDLES,

    Petitioner,

v.

THE STATE OF COLORADO, et al.,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Petitioner's "Motion to Acknowledge" filed on March 3, 2010, is DENIED because this action is closed and because Petitioner does not request any action by the Court.

Dated: March 4, 2010