# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01222-ZLW

BURTON SANDLES,

     Petitioner,

v.

THE STATE OF COLORADO, et al.,

     Respondent.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

     Petitioner has filed three motions titled "Motion to Ap[p]rise" on March 10, 2010. Those motions are DENIED because this action is closed and because Petitioner does not request any action by the Court. Petitioner is warned that the Court will consider imposing sanctions if he persists in filing frivolous motions.

Dated: March 11, 2010