IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01222-ZLW

BURTON SANDLES,

    Petitioner,

v.

THE STATE OF COLORADO, et al.,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Petitioner's "Motion to Ap[p]rise" filed on March 16, 2010, is DENIED because this action is closed and because Petitioner does not request any action by the Court. Petitioner again is warned that the Court will consider imposing sanctions if he persists in filing frivolous motions.

Dated: March 17, 2010